**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**


UNITED STATES OF AMERICA,

      Plaintiff,                      CASE NO:  09-20023-04

*v.*                                 DISTRICT JUDGE THOMAS L. LUDINGTON
                                 MAGISTRATE JUDGE CHARLES E. BINDER

ASHLEY REBECCA ALLEN,

      Defendant.

_____/


**MAGISTRATE JUDGE'S REPORT, FINDINGS AND**
**RECOMMENDATION CONCERNING PLEA OF GUILTY**


**I.     REPORT AND FINDINGS**

On September 15, 2009, the case was referred to the undersigned Magistrate Judge

pursuant to 28 U.S.C. §§ 636(b)(1(B) and 636(b)(3) for purposes of receiving, on consent of

the parties, Defendant's offer of a plea of guilty.  The Defendant, along with counsel, appeared

before me on September 15, 2009.  In open court I examined the Defendant under oath,

confirmed the Defendant's consent, and then advised and questioned the Defendant regarding

each of the inquiries prescribed by Rule 11(b) of the FEDERAL RULES OF CRIMINAL

PROCEDURE.   Based upon the Defendant's answers and demeanor, **I HEREBY FIND** 1) that

the Defendant is competent to tender a plea,  2) that Defendant's plea was knowingly,

intelligently made, and 3) that the offense(s) to which he pled are supported by an independent

basis in fact containing each of the essential elements of the offense(s).  Therefore, I have

ordered the preparation of a presentence investigation report.

## II.      RECOMMENDATION

For the reasons set forth above, **IT IS RECOMMENDED** that subject to the Court's

consideration of the plea agreement pursuant to Rule 11(c) of the FEDERAL RULES OF

CRIMINAL PROCEDURE, the Defendant be adjudged guilty and have sentence imposed.


## III.     REVIEW

The parties to this action may object to and seek review of this Report and

Recommendation within ten (10) days of service of a copy hereof as provided for in 28 U.S.C.

§ 636(b)(1).  Failure to file specific objections constitutes a waiver of any further right of

appeal.  *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed.2d 435 (1985); *Frontier Ins.*

*Co. v. Blaty*, 454 F.3d 590, 596 (6th Cir. 2006); *United States v. Sullivan,* 431 F.3d 976, 984

(6th Cir. 2005).  The parties are advised that making some objections, but failing to raise

others, will not preserve all the objections a party may have to this Report and

Recommendation.  *McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir.

2006); *Frontier Ins. Co.,* 454 F.3d at 596-97.  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of

any objections is to be served upon this Magistrate Judge.


s/ Charles E Binder

CHARLES E. BINDER

Dated: September 16, 2009                    United States Magistrate Judge


### CERTIFICATION

I hereby certify that this Report and Recommendation was electronically filed this date, electronically served on Janet Parker and Mary Hickey, and served on District Judge Ludington in the traditional manner.

Date: September 16, 2009          By      s/Jean L. Broucek

Case Manager to Magistrate Judge Binder